```
 1  SEYFARTH SHAW LLP
    G. Daniel Newland (State Bar No. 087965)
 2  Jennifer P. Svanfeldt (State Bar No. 233248)
    560 Mission Street, Suite 3100
 3  San Francisco, California 94105
    Telephone: (415) 397-2823
 4  Facsimile: (415) 397-8549

 5  Attorneys for Defendant
    C&H SUGAR COMPANY, INC.
 6  (erroneously sued as C&H Sugar Company)
```

**E-filing**

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA    **EMC**

| SUGAR WORKERS UNION LOCAL NO. 1, | ) | Case No. |
|---|---|---|
| Plaintiff, | ) | **C 07 2738** |
| v. | ) | Contra Costa County Superior Court |
| C&H SUGAR COMPANY, | ) | Case No. N07 0250 |
| Defendant. | ) | **NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT** |

TO PLAINTIFF SUGAR WORKERS UNION LOCAL NO. 1 AND TO ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 24, 2007, Defendant C&H Sugar Company, Inc. (erroneously sued as C&H Sugar Company) filed a Notice of Removal of this action in the United States District Court for the Northern District of California. This Notice of Removal removes the above-captioned matter from the Superior Court of California, County of Contra

//
//
//
//
//

---

1

NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT
SUPERIOR COURT CASE NO. N07 0250

1  Costa, to the United States District Court for the Northern District of California.

2

3  DATED: May 24, 2007                    SEYFARTH SHAW LLP

4

5                                          By: /s/ Jennifer Svanfeldt
                                                G. Daniel Newland
6                                               Jennifer P. Svanfeldt
                                            Attorneys for Defendant
7                                           C&H SUGAR COMPANY, INC.

8

9

10

11  SF1 28284536.1 / 32900-000010

---

2

NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT
SUPERIOR COURT CASE NO. N07 0250