1  SEYFARTH SHAW LLP
   G. Daniel Newland (State Bar No. 087965)
2  Jennifer P. Svanfeldt (State Bar No. 233248)
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendant
   C&H SUGAR COMPANY, INC.
6  (erroneously sued as C&H Sugar Company)

7

8

9              UNITED STATES DISTRICT COURT

10         IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 | SUGAR WORKERS UNION LOCAL NO. 1, ) | Case No. C07-02738 EMC
12 |            Plaintiff,            ) | **CERTIFICATE OF SERVICE**
13 |            v.                    ) |
14 | C&H SUGAR COMPANY,               ) |
15 |            Defendant.            ) |
16 |                                  ) |
17 |_____) |

26  SF1 28284700.1 / 32900-000010

                                  1
                          CERTIFICATE OF SERVICE
                          CASE NO. CO7-2738 EMC

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss
COUNTY OF SAN            )
FRANCISCO                )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, California 94105. On May 24, 2007, I served the within documents:

**CIVIL CASE COVER SHEET;**

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 (B) (Federal Question Jurisdiction);**

**NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT;**

**NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**

**STANDING ORDER FOR MAGISTRATE EDWARD M. CHEN;**

**WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO;**

**ECF REGISTRATION INFORMATION HANDOUT.**

☐ I sent such document from facsimile machine (415) 397-8549 on May 24, 2007. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (415) 397-8549 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at , California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at San Francisco, California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

1  Will M. Yamada
   Kathleen N. Mastagni
2  Mastagni, Holstedt, Amick,
   Miller, Johnsen & Uhrhammer
3  1912 I Street
   Sacramento, CA 95814
4  (916) 446-4692
   Fax (916) 447-4614
5
       I am readily familiar with the firm's practice of collection and processing correspondence
6  for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same
   day with postage thereon fully prepaid in the ordinary course of business. I am aware that on
7  motion of the party served, service is presumed invalid if postal cancellation date or postage
   meter date is more than on day after the date of deposit for mailing in affidavit.
8
       I declare that I am employed in the office of a member of the bar of this court whose
9  direction the service was made.

10     Executed on May 24, 2007, at San Francisco, California.

11                                                         _____
12                                                              Matt Regan

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SF1 28284699.1                                                 -2-