1  SEYFARTH SHAW LLP
2  G. Daniel Newland (State Bar No. 087965) dnewland@seyfarth.com
3  Jennifer P. Svanfeldt (State Bar No. 233248) jsvanfeldt@seyfarth.com
4  560 Mission Street, Suite 3100
5  San Francisco, CA 94105
6  Tel: 415-397-2823
7  Fax: 415-397-8549

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUGAR WORKERS UNION LOCAL NO. 1 | No. C07-2738 EMC |
| Plaintiff, | |
| v. | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| C & H Sugar Company, Inc. | |
| Defendant. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 8/17/07

_Jennifer Svanfeldt_
Signature
Jennifer P. Svanfeldt
Counsel for C&H Sugar Company
(Name or party or indicate "pro se")

American LegalNet, Inc.
www.FormsWorkflow.com