WILL M. YAMADA, ESQ. (SBN 226669)
KATHLEEN N. MASTAGNI, ESQ. (SBN 244298)
**MASTAGNI, HOLSTEDT, AMICK,**
**MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 I Street
Sacramento, California 95814
Telephone:  (916) 446-4692
Facsimile:  (916) 447-4614

Attorney for Petitioner,
Sugar Workers Union Local No. 1

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUGAR WORKERS UNION LOCAL NO. 1, <br><br> Petitioner, <br><br> <br> C & H SUGAR COMPANY, <br><br> Respondent. | No.  3:07-cv-02738-EMC <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [CIVIL LOCAL RULE 3-16]** |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: August 22, 2007          **MASTAGNI, HOLSTEDT, AMICK,**
                                **MILLER, JOHNSEN & UHRHAMMER**

                                By: _____
                                    WILL M. YAMADA
                                    Attorney for Petitioner