<div style="sidebar">United States District Court / Northern District of California</div>

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Sugar Workers Union Local No. 1,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>C & H Sugar Company,<br><br>　　　　　Defendant(s). | 07-02738 EMC<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

　　　The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

　　　Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---

**Notice Re: Noncompliance With Court Order**
07-02738 EMC                           -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur before the Case Management Conference.

8  Dated: September 6, 2007

               RICHARD W. WIEKING
               Clerk
               by:   Timothy J. Smagacz

*Timothy Smagacz*
_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-02738 EMC                                      -2-

PROOF OF SERVICE

Case Name:      Sugar Workers Union Local No. 1 v. C & H Sugar Company

Case Number:    07-02738 EMC

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On September 6, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Kathleen Mastagni
> Mastagni Holstedt Amick Miller Johnsen & Uhrhammer
> 1912 I Street
> Sacramento, CA 95814
>
> Will M. Yamada
> Mastagni Holstedt & Amick
> 1912 &quot;I&quot; Street
> Suite 102
> Sacramento, CA 95814
> wyamada@mastagni.com
>
> G. Daniel Newland
> Seyfarth Shaw LLP
> 560 Mission St.
> Suite 3100
> San Francisco, CA 94105
> dnewland@seyfarth.com
>
> Jennifer Svanfeldt
> Seyfarth Shaw LLP

560 Mission Street
Suite 3100
San Francisco, CA 94105
jsvanfeldt@seyfarth.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 6, 2007 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*
_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov