UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SUGAR WORKERS UNION LOCAL
NO. 1

        Plaintiff(s),

    v.

C&H SUGAR COMPANY, INC.

        Defendant(s).
_____/

Case No. C 07-2738

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *Dispute Resolution Procedures in the Northern District of California* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 09/07/07

                                                                [Party]
                                                                 SUGAR WORKERS UNION
                                                                 LOCAL NO. 1

Dated: 09/07/07

                                                                [Counsel]
                                                                 MASTAGNI, HOLSTEDT, AMICK,
                                                                 MILLER, JOHNSEN &
                                                                 UHRHAMMER