SEYFARTH SHAW LLP
G. Daniel Newland (SBN 087965) dnewland@seyfarth.com
Jennifer P. Svanfeldt (SBN 233248) jsvanfeldt@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
C&H SUGAR COMPANY, INC.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SUGAR WORKERS UNION LOCAL NO. 1, | ) | Case No. C 07-2738 EMC |
| Plaintiff, | ) ) ) | **CERTIFICATION OF INTERESTED PARTIES** |
| v. | ) ) | CIVIL L.R. 3-16 |
| C&H SUGAR COMPANY, INC., | ) ) | |
| Defendant. | ) ) | |

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND ITS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1.    Sugar Workers Union Local No. 1 (Plaintiff);

2.    Seafarers International Union of North America (Union affiliate of Plaintiff);

3.    Robert Tim Shelton (member of Plaintiff Union, whose termination is an underlying issue of Plaintiff's Complaint to Compel Arbitration);

1          4.      Franklin Wright (member of Plaintiff Union, whose termination is an underlying

2     issue of Plaintiff's Complaint to Compel Arbitration);

3
           5.      C&H Sugar Company, Inc. (Defendant);
4

5          6.      Florida Crystals Corporation (Parent Company of Defendant);  and

6
           7.      Domino Sugar Company (entity related to Defendant).
7

8     DATED:    September 20, 2007                    SEYFARTH SHAW LLP

9                                                      /s/ Jennifer P. Svanfeldt

10                                                   By_____

11                                                       G. Daniel Newland
                                                         Jennifer P. Svanfeldt
12                                                   Attorneys for Defendant
                                                     C&H SUGAR COMPANY, INC.

13    SF1 28299905.1 / 32900-000010

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Defendant C&H's Certificate of Interested Parties/Case No. C 07-02203 EMC