**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUGAR WORKERS UNION LOCAL NO. 1, | No. C07-2738 EMC |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| C&H SUGAR COMPANY, INC., | |
| Defendant. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the CASE MANAGEMENT CONFERENCE set for September 26, 2007 at 1:30 p.m. has been rescheduled to **November 7, 2007 at 1:30 p.m.** before Magistrate Judge Edward M. Chen, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.   An Updated Joint Case Management Conference Statement shall be filed by October 31, 2007.

Dated:  September 25, 2007                    FOR THE COURT,
                                                                       Richard W. Wieking, Clerk

                                                                       by: _____
                                                                              Betty Fong
                                                                              Courtroom Deputy