WILL M. YAMADA, ESQ. (SBN 226669)
KATHLEEN N. MASTAGNI, ESQ. (SBN 244298)
**MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 I Street
Sacramento, California 95814
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorney for Plaintiff,
Sugar Workers Union Local No. 1

DANIEL NEWLAND, ESQ. (SBN (SBN 087965)
JENNIFER SVANFELDT, ESQ. (SBN 233248)
**SEYFARTH SHAW**
560 Mission Street, Suite 3100
San Francisco, California, 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant,
C&H Sugar Company, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUGAR WORKERS UNION LOCAL NO. 1,

Plaintiff,

C & H SUGAR COMPANY, INC

Defendant.

Case No. 3:07-cv-02738-EMC

**[PROPOSED] STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE**

**STIPULATION**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Sugar Workers Union Local No. 1 ("Plaintiff") and Defendant C & H Sugar Company, Inc. ("Defendant") by their respective counsel, hereby stipulate that this action be dismissed without prejudice and that each party shall bear its own costs and attorneys' fees.

Dated: January ____, 2008

**MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER**

By: /s/ Will M. Yamada
WILL M. YAMADA,
KATHLEEN N. MASTAGNI
Attorneys for Plaintiff

Dated: January ____, 2008

**SEYFARTH SHAW LLP**

By: /s/ G. Daniel Newland
G. DANIEL NEWLAND,
JENNIFER SVANFELDT
Attorneys for Defendant

**[PROPOSED] ORDER**

Based upon the stipulation of the parties and for good cause appearing:

**IT IS SO ORDERED.**

Dated: January____, 2008

**By:**________________________________
Hon. Edward M. Chen
United States District Court for the
Northern District of California