1  WILL M. YAMADA, ESQ. (SBN 226669)
   KATHLEEN N. MASTAGNI, ESQ. (SBN 244298)
2  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
3  *A Professional Corporation*
   1912 I Street
4  Sacramento, California 95814
   Telephone:    (916) 446-4692
5  Facsimile:    (916) 447-4614

6  Attorney for Plaintiff,
   Sugar Workers Union Local No. 1
7
   DANIEL NEWLAND, ESQ. (SBN (SBN 087965)
8  JENNIFER SVANFELDT, ESQ. (SBN 233248)
   **SEYFARTH SHAW**
9  560 Mission Street, Suite 3100
   San Francisco, California, 94105
10 Telephone:    (415) 397-2823
   Facsimile:    (415) 397-8549
11
   Attorneys for Defendant,
12 C&H Sugar Company, Inc.

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

16 SUGAR WORKERS UNION LOCAL NO. 1,    | Case No. 3:07-cv-02738-EMC

17              Plaintiff,

18                                          **[PROPOSED] STIPULATION AND
                                            ORDER TO DISMISS ENTIRE ACTION
19 C & H SUGAR COMPANY, INC                 WITHOUT PREJUDICE**

20              Defendant.

21

22

23                         **STIPULATION**

24       Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Sugar Workers

25 Union Local No. 1 ("Plaintiff") and Defendant C & H Sugar Company, Inc. ("Defendant") by their

26 respective counsel, hereby stipulate that this action be dismissed without prejudice and that each party

27 shall bear its own costs and attorneys' fees.

28

STIPULATION TO DISMISS

1

1   Dated: January _____, 2008                **MASTAGNI, HOLSTEDT, AMICK,**
                                              **MILLER, JOHNSEN & UHRHAMMER**
2

3

4                                            By:    /s/ Will M. Yamada
                                                    WILL M. YAMADA,
5                                                   KATHLEEN N. MASTAGNI
                                                    Attorneys for Plaintiff
6

7   Dated: January _____, 2008                **SEYFARTH SHAW LLP**

8

9

10                                           By:    /s/ G. Daniel Newland
                                                    G. DANIEL NEWLAND,
11                                                  JENNIFER SVANFELDT
                                                    Attorneys for Defendant
12

13

14                              **[PROPOSED] ORDER**

15      Based upon the stipulation of the parties and for good cause appearing:

16      **IT IS SO ORDERED.**

17

18

19   Dated: January____, 2008      **By:**_____
                     28

20

21

22

23

24

25

26

27

28
_____

STIPULATION TO DISMISS

2